IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| QUAD INT'L., INCORPORATED,<br>d/b/a The Score Group, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | 1:12cv1261 (LMB/IDD) |
| JOHN DOE,<br>IP Address: 76.21.199.233, | )<br>)<br>) | |
| Defendant. | ) | |

ORDER

On January 10, 2013, someone, acting <u>pro se</u> and identifying herself as "Defendant" and "Jane Doe, IP Address 76.21.199.233" ("defendant"), filed a Motion to Quash or Modify Subpoena and to Seal ("Motion") in two versions: one signed only as "Jane Doe," and one containing the defendant's unredacted name, signature, and contact information. Having reviewed the issues raised in the pleadings, the Court has determined that oral argument will not assist the decisional process, and therefore will resolve the Motion on the papers that have been submitted.

Defendant asserts that she has not downloaded any of plaintiff's adult films, and characterizes plaintiff's lawsuit as an attempt to extort money from her "using every available means of communication" to threaten her with the embarrassment of being publicly associated with such films. Mot. at ¶ 10. Therefore, she requests that plaintiff's subpoena be modified to

allow plaintiff to discover only her name and address and to seal any pleadings and other documents containing her unredacted name, signature, and other contact information. She also asks that the Court require plaintiff to file under seal copies of any written communications and transcripts of any oral communications from plaintiff to defendant so that the Court may "determine if the Plaintiff treats me unfairly" by "improperly threatening me with public exposure just to get me to pay them a settlement." Id. at ¶ 11(e).

The Court finds that defendant's request to modify the subpoena is moot as she has obviously been served; however, defendant's request that her unredacted motion containing her personal identifiers be sealed and her request that plaintiff be required to file under seal copies or transcripts of its communications with defendant are reasonable. Accordingly, that aspect of her Motion is GRANTED, and it is hereby

ORDERED that Defendant Jane Doe's unredacted Motion to Quash or Modify Subpoena and to Seal be filed under seal, with no access permitted to plaintiff's counsel until further Order of the Court, and it is further

ORDERED that within five (5) business days plaintiff's counsel file under seal copies of all communications with defendant for the Court's review.

2

The Clerk is directed to publicly docket the redacted version of the Motion identifying defendant as "Jane Doe," to docket under seal the unredacted version of the Motion containing defendant's personal information, and to forward copies of this Order to counsel of record and to defendant <u>pro se</u> at her address of record.

Entered this 11th day of January, 2013.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge