**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Quad Int'l Incorporated.,

    Plaintiff,

v.

JOHN DOE,
    Defendant.

CASE NO. 1:12cv1261

**PLAINTIFF'S RESPONSE TO COURTS ORDER**

In response to this Court's order dated January 11, 2013, the Plaintiff through the undersigned counsel states it has sent no communication to the movant. The Plaintiff does not know the identity of the subscriber as the ISP has not turned that information over to counsel for the Plaintiff. Counsel for the Plaintiff has further not communicated with the movant in any form other than in response to her motion to quash. Counsel for the Plaintiff believes the movant received a copy of the subpoena directed to the ISP which was sent to her directly by her ISP, not from the Plaintiff which is the subject of her motion to quash.

    Respectfully submitted,

    Quad Int'l Incorporated

DATED: January 11, 2013

By:  s/ Timothy V. Anderson
*Timothy V. Anderson, Esq.*
(Bar No. 43803)
Anderson & Associates, PC
2492 North Landing Rd, Ste 104
Virginia Beach, VA 23456
Telephone: (757) 301-3636
FAX: (757) 301-3640
E-mail: timanderson@virginialawoffice.com

1

*Attorney for Plaintiff,*
Quad Int/l Incorporated

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 11, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

                 s/ Timothy V. Anderson